**LYNCH CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:  619.762.1910
Facsimile:   619.756.6991

*Attorneys for Plaintiff and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATILDA DAHLIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE DONNA KARAN COMPANY STORE LLC, a New York limited liability company, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07711-AB-JPR<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITH** prejudice by Plaintiff Matilda Dahlin pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: January 27, 2023

    **LYNCH CARPENTER, LLP**

By: /s/ *Scott G. Braden*
Scott G. Braden (CA 305051)
scott@lcllp.com
Todd D. Carpenter (CA 234464)
todd@lcllp.com
1350 Columbia Street, Ste. 603
San Diego, California 92101
Telephone:  (619) 762-1910
Facsimile:   (619) 756-6991

*Attorneys for Plaintiff and Proposed Class Counsel*